# Court of Appeals
# of the State of Georgia

ATLANTA,  September 11, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0048. CHARLIE BRANNER, JR. v. THE STATE.**

Charlie Branner, Jr., filed this application for discretionary appeal from the trial court's order denying his motion to withdraw a guilty plea. An order denying a motion to withdraw a guilty plea may be appealed directly. See *Smith v. State*, 283 Ga. 376 (659 SE2d 380) (2008). We will grant a timely filed application for discretionary appeal if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  Accordingly, this application is hereby GRANTED, and Branner shall have ten days from the date of this order to file a notice of appeal in the trial court. If he has already filed a timely notice of appeal in the trial court, he need not file a second notice. The clerk of the superior court is directed to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  09/11/2019
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_Stephen E. Castlen_ , *Clerk.*